**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 80 WM 2019

Respondent   :

v.   :

ROBERT DELAWRENCE WILLIAMS,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2019, the Application for Extraordinary Relief is DISMISSED. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is improper). The Prothonotary is DIRECTED to forward the filing to counsel of record.